**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-1975

PAUL COFFEY AND BRANDY COFFEY,

    Plaintiffs,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

---

**DEFENDANT'S NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. §§ 1332, 1441(a), 1441(b) and 1446, the Defendant, The Northwestern Mutual Life Insurance Company (hereinafter "Northwestern Mutual"), files this Notice of Removal of an action pending in the District Court for the City and County of Denver, Colorado, to the United States District Court for the District of Colorado, and states as follows:

1.     <u>State Court Action</u>.

Plaintiffs Paul Coffey and Brandy Coffey ("Plaintiffs") filed this action against Northwestern Mutual in the District Court for the City & County of Denver, Colorado, Case No. 2018CV32469. Copies of the Summons and Complaint that were served on the Northwestern Mutual's agent for service of process (in Colorado) on July 5, 2018, are attached hereto as **Exhibit 1** and **Exhibit 2**.

2.     <u>Diversity of Citizenship</u>.

Plaintiffs allege at paragraphs 1 and 2 of their Complaint that they are residents of the State of Colorado. Plaintiffs further allege, at paragraph 4 of the Complaint, that Northwestern

Mutual regularly transacts business in Colorado. While this is true, it is also true that at all relevant times (including the date that this suit was filed and the date of this Notice of Removal) Northwestern Mutual has been a Wisconsin life insurance company with its principal place of business located at 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202. Thus, Northwestern Mutual is a citizen of Wisconsin for purposes of removal.

There is, therefore, complete diversity between the parties, and the Court has jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1332.

3.   Amount in Controversy.

In previous correspondence with Northwestern Mutual, Plaintiff Brian Coffey has claimed that he is owed past monthly benefits for <u>total</u> disability from November 15, 2014 to January 31, 2015, and past monthly <u>partial</u> benefits from February 1, 2015 to the present. The disability policy at issue has a future increase benefit ("FIB") that adjusts every year. The policy's original monthly benefit of $7,500 was $8,134 in 2014, which is the year in which the claimed disability began.

Assuming—only for the purpose of satisfying the jurisdictional threshold with regards to the amount in controversy—that the Plaintiff would be able prove that he has been disabled within the meaning of the policy since November 15, 2014 and that the Plaintiff would be able to prove that he is entitled to an approximate 50 percent partial benefit ($4,000) beginning in June of 2015,[1] the amount of past benefits due through August 2018 would be approximately $156,000 (or $4,000 per month for 39 months).

---

[1] The policy has a 181 day "beginning date" before the first benefit payment is paid.

The Plaintiffs have also asserted a claim under Colorado law, C.R.S. §§ 10-3-1115 and -1116, which by operation of law could potentially allow for the recovery of twice the amount of any unpaid benefits that are allegedly owed. Accordingly, as previously claimed by Plaintiffs and further confirmed by their Complaint, Plaintiffs are seeking a minimum of $312,000 from Northwestern Mutual.

4. <u>Diversity Jurisdiction.</u>

This action is one under which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and which may be removed to this Court pursuant to 28 U.S.C. § 1441, as it is a civil action in which there is complete diversity between the parties and in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. <u>Timeliness of Notice of Removal</u>.

Northwestern Mutual first received notice of this civil action through service of the Summons and Complaint on July 5, 2018. (*See* Affidavit of Service attached hereto as **Exhibit 3**.) Removal of this action is, therefore, timely under 28 U.S.C. § 1446(b).

6. <u>Contemporaneous Service.</u>

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal and its Exhibits are being served contemporaneously on Plaintiffs' counsel with the filing of this Notice of Removal, and a copy of this Notice of Removal will be promptly filed with the clerk in the state court action and served on Plaintiffs' counsel through Colorado′s state court electronic filing system.

7. <u>No Waiver</u>.

By filing this Notice of Removal, Northwestern Mutual does not make any admissions and does not waive any objections or defenses, including but not limited any objections to venue and/or the amount of Plaintiffs' alleged damages.

8. <u>Relief Requested</u>.

Northwestern Mutual requests that the United States District Court for the District of Colorado assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

Dated this 3rd day of August 2018.

*s/ Timothy G. Atkinson*
Timothy G. Atkinson
James R. Silvestro
IRELAND STAPLETON PRYOR & PASCOE, PC
717 17th Street, Suite 2800
Denver, Colorado 80202
Telephone:     (303) 623-2700
E-mail:           tatkinson@irelandstapleton.com
                      jsilvestro@irelandstapleton.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2018, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system.  Contemporaneous with this filing, I have also served Plaintiffs' counsel of record at the following email address:

counsel@silvernbulger.com
Thomas A. Bulger
SILVERN & BULGER, P.C.
4800 Wadsworth Blvd., Suite 307
Wheat Ridge, Colorado 80033


                *s/ Timothy G. Atkinson*
                Timothy G. Atkinson
                James R. Silvestro
                Ireland Stapleton Pryor & Pascoe, PC
                717 17th Street, Suite 2800
                Denver, Colorado 80202
                Telephone:   (303) 623-2700
                E-mail:       tatkinson@irelandstapleton.com
                                  jsilvestro@irelandstapleton.com

                Attorneys for Defendant

2882107.1