**EXHIBIT 2**

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER COLORADO<br>Court address:   1437 Bannock Street<br>                         Denver, Colorado 80202 | DATE FILED: July 3, 2018 10:56 AM<br>FILING ID: 1E2A94B13B1D2<br>CASE NUMBER: 2018CV32469 |
| **Plaintiffs:**     **BRIAN P. COFFEY and BRANDY COFFEY**<br><br>v.<br><br>**Defendant:  THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY** | |
| Attorney for Plaintiff:<br>Thomas A. Bulger, Reg. #29390<br>Silvern & Bulger, P.C.<br>4800 Wadsworth Blvd., Suite 307<br>Wheat Ridge, Colorado 80033<br>Phone Number: 303-292-0044<br>Fax Number: 303-292-1466<br>e-mail: counsel@silvernbulger.com | Case No.:<br><br><br><br>Div.: |
| **COMPLAINT AND JURY TRIAL DEMAND** | |

COME NOW the Plaintiffs, Brian P. Coffey and Brandy Coffey, by and through their undersigned counsel, Thomas A. Bulger, of Silvern & Bulger, P.C., and respectfully submits this Complaint and Jury Trial Demand as follows:

### **PARTIES**

1.    Plaintiff, Brian P. Coffey, is a natural person and citizen of the State of Colorado, with a current address of 6826 Bugle Court, Boulder, Colorado 80301.

2.    Plaintiff, Brandy Coffey, is a natural person and citizen of the State of Colorado, with a current address of 6826 Bugle Court, Boulder, Colorado 80301.

3.    The Plaintiffs are lawfully married and bring this suit as husband and wife, and as individuals.

4.	Defendant, The Northwestern Mutual Life Insurance Company ("Northwestern") is a corporation and/or similar business entity which regularly conducts business in the State of Colorado, including but not limited to the advertisement, sale, processing and adjustment of group disability insurance claims. The Defendant's registered agent for service of process is the Colorado Division of Insurance, 1560 Broadway, Suite 110, Denver, Colorado 80202.

## JURISDICTION AND VENUE

5.	Pursuant to the C.R.C.P. and/or other applicable case law, this Court has jurisdiction over Plaintiffs' claims for disability benefits which arose out of a contract of insurance, and breach thereof, which occurred in the City and County of Boulder, State of Colorado.

6.	Pursuant to C.R.C.P. 98, venue is proper in this Court because the Defendant maintains a registered agent for service of process therein.

## STATEMENT OF THE FACTS

7.	Plaintiffs incorporate and reallege by reference the previous paragraphs of this Complaint.

8.	At all pertinent times, Plaintiff Brian P. Coffey was insured pursuant to a policy of disability insurance sold to him by Defendant.

9.	As pertinent here, Defendant's policy provides long term disability ("LTD") benefits pursuant to the terms and conditions of the contract and Colorado law, and in the event that an insured is unable to work in his own regular occupation.

10.	At all pertinent times, Plaintiff Brian P. Coffey was employed as a broker/financial trader.

11.	At all pertinent times, Plaintiffs had paid all premiums that were owed to Defendant, and the policy was in full force and effect.

12.	Plaintiff Brian P. Coffey's regular occupation as a trader/broker required *inter alia* extensive analytical skills and high cognitive function, as well as the ability to work long hours.

13.     Plaintiff Brian P. Coffey sustained a head injury on or about November 15, 2014. Thereafter, he has been diagnosed with various related issues including *inter alia* traumatic brain injury, severe headaches, fatigue and cognitive disabilities.

14.     Plaintiff Brian P. Coffey was unable to continue working in that occupation on a regular, consistent and full-time basis due to a number of medical issues, including but not limited to the effects of his TBI. Plaintiffs applied to Defendants for LTD benefits as a result.

15.     In or around June 2017, Defendant denied Plaintiffs' claim for LTD benefits, based on the conclusion that Mr. Coffey was able to work in his own occupation.

16.     Plaintiff appealed Defendant's decision to deny LTD benefits as required by the Policy on or about September 12, 2017.

17.     On or about March 6, 2018, Defendant upheld the denial of benefits, and advised the Plaintiff that its determination was final.

18.     Plaintiffs have suffered injuries, damages and losses as a result of Defendant's denial of LTD benefits.

## FIRST CLAIM FOR RELIEF: BREACH OF INSURANCE CONTRACT

19.     Plaintiffs incorporate and reallege by reference the previous paragraphs of this Complaint.

20.     At all pertinent times, Plaintiff Brian P. Coffey was insured by Defendant, including for LTD benefits, subject to Colorado law and pursuant to a valid contract of insurance.

21.     Plaintiff Brian P. Coffey timely made claims to Defendant for said LTD benefits including through to present time.

22.     Defendant has failed to tender LTD benefits due and owing under the policy, and/or delayed payment of said benefits for several months without basis in fact or law.

23.     Defendant has breached its insurance contract with Plaintiff Brian P. Coffey as a result, as Plaintiff Brian P. Coffey was and is disabled as defined by the policy.

24.     Plaintiff Brian P. Coffey has had injuries, damages and losses as a result.

25.     The Defendant's conduct was a cause of the Plaintiffs' injuries, damages and losses as alleged herein.

## SECOND CLAIM FOR RELIEF: BAD FAITH
## BREACH OF INSURANCE CONTRACT

26.     Plaintiffs incorporate and reallege by reference the previous paragraphs of this Complaint.

27.     Defendant's delay in payment of Plaintiff Brian P. Coffey's LTD benefits was without reasonable basis in fact and/or law, and Defendant therefore acted in bad faith.

28.     Defendant's denial of LTD is without reasonable basis and Defendant has acted with knowledge thereof, and/or in reckless disregard of such fact, and has therefore acted in bad faith.

29.     Defendant has engaged in a pattern of wrongful and bad faith claim handling, including but not limited to:

   A.   Multiple denials of benefits;

   B.   Forcing Plaintiff to initiate litigation to obtain benefits;

   C.   Failing to conduct a full and fair review;

   D.   Insisting on levels of proof contrary to the policy and/or law;

   E.   Failing to consider all of the available medical and other information; and/or

   F.   Otherwise acting unreasonably under the circumstances, including failing to consider all credible evidence of impairment submitted.

30.     Both Plaintiffs have had injuries, damages and losses as a result.

31.     The Defendant's conduct was a cause of the Plaintiffs' injuries, damages and losses as alleged herein.

### THIRD CLAIM FOR RELIEF: STATUTORY DAMAGES
### PURSUANT TO C.R.S. §10-3-1115 AND 1116

32.     Plaintiffs incorporate and reallege by reference the previous paragraphs of this Complaint.

33.     Defendant's denial and/or delay in the payment of LTD benefits is unreasonable and therefore violates the provisions of C.R.S. §10-3-1115 and 1116, and/or other Colorado law.

34.     Plaintiff Brian P. Coffey therefore seek twice the covered benefits delayed and/or denied, as well as all other relief authorized by law including interest, attorney fees and costs.

35.     Defendant's wrongful conduct includes, but is not limited to, the acts set forth in ¶29, *supra.*

### FOURTH CLAIM FOR RELIEF:
### LOSS OF CONSORTIUM

36.     Plaintiffs incorporate and reallege by reference the previous paragraphs of this Complaint.

37.     Plaintiff Brandy Coffey, as Brian P. Coffey's spouse, is an intended and/or third-party beneficiary of the contract with Defendant.

38.     Defendant's conduct as alleged herein has damaged the martial relationship, and Plaintiff brandy Coffey has therefore suffered injuries, damages and losses.

### DAMAGES

39.     The Defendant's above-alleged wrongful conduct caused the injuries and damages to the Plaintiffs, including but not limited to the delay in payment of all benefits due and owing under the contract; past and future economic damages, including but not limited to the aforesaid delay; past and future non-economic damages, including but not limited to inconvenience, emotional stress, anxiety, loss of enjoyment of life; impairment of the quality of life; and any and all other consequential losses arising from Defendant's wrongful conduct as provided by law.

40.     Plaintiffs seek additional damages for Defendant's bad-faith refusal to honor its contractual obligations, including for additional pain and suffering, stress, anxiety, inconvenience and all other consequential losses caused by Defendant.

41.     Plaintiffs seek additional damages as authorized by law, including but not limited to costs, attorney fees and interest under Colorado law.

## **LEAVE TO AMEND**

42.     Plaintiffs respectfully request leave to amend this Complaint to add or delete any claims or parties after discovery reveals the facts regarding same, including but not limited to a claim for exemplary damages.

WHEREFORE, Plaintiffs respectfully request damages against the Defendant, individually, jointly, and/or severally as follows:

- A. Compensatory damages as proven, including but not limited to insurance benefits, emotional upset, financial stress, anxiety and the like.

- B. Costs of suit according to law, including but not limited to expert witness fees.

- C. Attorney fees according to law for attorney time expended as a result of any frivolous position which may be taken by Defendant, or on its behalf, during the course of this litigation, including but not limited to groundlessly denying negligence, or asserting any substantially groundless affirmative defense.

- D. Interest pursuant to C.R.S. §13-21-101 and/or other provision of law.

- E. Statutory damages for unreasonable breach of insurance contract including treble damages, attorney fees, costs and interest.

- F. Reinstatement of LTD benefits to the Plaintiff, including payment of any and all back-due benefits.

- G. Any and all relief authorized by Colorado law, including but not limited to benefits, reinstatement, attorney fees, costs and interest.

- H. Such other and further relief as the Court deems fit.

## JURY DEMAND

Plaintiffs respectfully demand TRIAL BY A JURY OF SIX (6) in the above cause, on all issues so triable.

        Respectfully submitted,

        SILVERN & BULGER, P.C.

        *s/Thomas A. Bulger*
        Thomas A. Bulger
        *Attorney for Plaintiff*

Plaintiffs' address:
6826 Bugle Court
Boulder, Colorado 80301