**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-1975-PAB

PAUL COFFEY AND BRANDY COFFEY,

    Plaintiffs,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

---

**DEFENDANT NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant Northwestern Mutual Life Insurance Company, through its undersigned counsel, certifies that it is a non-governmental corporate party; that it does not have a parent corporation; that it has no publicly-held affiliates; and that no publicly-held corporation owns 10% or more of its stock.

Dated this 10th day of August, 2018.

    Respectfully submitted,

    *s/ James R. Silvestro*
    Timothy G. Atkinson
    James R. Silvestro
    IRELAND STAPLETON PRYOR & PASCOE, PC
    717 17th Street, Suite 2800
    Denver, Colorado 80202
    Telephone:    (303) 623-2700
    E-mail:  jsilvestro@irelandstapleton.com

    *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2018, I electronically filed the foregoing **DEFENDANT NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system and such filing was sent electronically using the CM/ECF system to the following:

counsel@silvernbulger.com
Thomas A. Bulger
SILVERN & BULGER, P.C.
4800 Wadsworth Blvd., Suite 307
Wheat Ridge, Colorado 80033

    *s/ James R. Silvestro*
    James R. Silvestro

2

2885683.1